# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OYEKUNLE STEPHEN OYELAKIN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-3748 |
| | : | |
| **CLERK OF THE PHILADELPHIA FAMILY COURT, JUDGE LEANNE LITWIN, JUDGE HOLLY FORD, PHILADELPHIA COUNTY/CITY OF PHILADELPHIA, DISTRICT ATTORNEY'S OFFICE OF PHILADELPHIA, DISTRICT ATTORNEY LAWRENCE KRASNER, MAURICE YOUKHANNA, ERIC J. ASSINI** | : | |

## ORDER

**AND NOW**, this 12th day of December 2025, upon considering Defendants' Motions to dismiss (ECF 35, 36, 37), Plaintiff's pro se Oppositions (ECF 39, 40, 41), Plaintiff's Notice of supplemental authority (ECF 43), and for reasons in today's accompanying Memorandum entered after studying Plaintiff's pro se second amended consolidated Complaint (ECF 22) confirming Plaintiff cannot, as a matter of law, plead a claim against these city and state officials, it is **ORDERED** we:

1. **GRANT** Defendants' Motions (ECF 35, 36, 37); and,

2. **DISMISS** this case with prejudice requiring the Clerk of Court **close** this case.

**KEARNEY, J.**